# Third District Court of Appeal

## State of Florida

Opinion filed January 11, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-288
Lower Tribunal No. 99-15258
_____

## Alvaro Martinez, Jr., M.D.,

Appellant,

vs.

## Gia M. Martinez,
## and GoListing.com, Inc.,
## d/b/a Palm Beach Premier Real Estate,

Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Stacy D. Glick, Judge.

Barry S. Franklin & Associates, P.A., and Barry S. Franklin, for appellant.

Padula Bennardo Levine, LLP, Stephen J. Padula and Joshua S. Widlansky (Boca Raton), for appellee GoListing.com, Inc., d/b/a Palm Beach Premier Real Estate.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.